# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

LUIS M. RIVERA

Defendant.

CASE NUMBER 2:18-MJ-09199-ARM-1

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, LUIS M. RIVERA, was represented by Saverio Viggiano, Assistant Federal Public Defender.

On motion of the United States, the court has dismissed Improper Display (7701770) and Possession of CDS in Motor Vehicle (7701772).

The defendant pleaded guilty to Possession Marijuana on December 6, 2018. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21 USC 844 | Possession of Marijuana | August 27, 2018 | 7701771 |

As pronounced on December 6, 2018, the defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $25.00, which shall be due immediately. Said special assessment shall be made payable to the Central Violations Bureau.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this 17th day of December, 2018.

CERTIFIED TO BE A TRUE COPY

_/s/ Anthony R. Mautone_
Anthony R. Mautone
United States Magistrate Judge

_/s/ Anthony R. Mautone_
Anthony R. Mautone
United States Magistrate Judge

08015

Judgment - Page 2 of 2

Defendant: LUIS M. RIVERA
Case Number: 2:18-MJ-09199-ARM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 10 Days.

The defendant shall surrender to the U.S. Marshals Service in Trenton on January 10, 2019 for processing and commencement of sentence.

.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal